IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>                      Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, OWN: OPRAH WINFREY NETWORK LLC, and SHANE JOHNSON aka SHANE JOHNSON-BOBB<br><br>                      Defendant. | Civil Action No.<br><br>_____ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT OWN, INC. ONLY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHEMARIAH DEROUX, by and through undersigned counsel, hereby gives notice of the voluntary dismissal without prejudice of all claims against Defendant OWN, INC. Plaintiff has filed an Amended Complaint correcting the identity of the proper defendant in this action. As no answer or motion for summary judgment has been filed by Defendant OWN, INC., dismissal under Rule 41(a)(1)(A)(i) is appropriate and effective upon filing. Plaintiff and the improper

party OWN, Inc. shall each be responsible for their own fees and costs incurred in this matter.

Respectfully submitted,

This 18th day of April 2025.

<u>/s/Natalie K. Howard</u>
Natalie K. Howard, Esq. GA Bar No. 889108
*Attorney for Plaintiff*

**The Law Office of Natalie K. Howard, LLC**
3675 Crestwood Parkway NW, Suite 400
Duluth, GA 30096
Phone: 678-252-2150
Fax: 678-252-2183
nhoward@nkhlegal.com