IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01566-LMM |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT BOBBCAT FILMS, LLC TO MOVE OR OTHERWISE RESPOND TO COMPLAINT AND AMENDED COMPLAINT**

COME NOW Plaintiff, Shemariah Deroux and Defendant BobbCat Films, LLC., ("BobbCat") (collectively referred to herein as the "Parties"), and hereby respectfully request an extension of time for BobbCat to move or otherwise respond to Plaintiff's Complaint (Dkt. 1) and Amended Complaint (Dkt. 12) through and including May 8, 2025. The extension is sought to give BobbCat additional time to respond to the Complaint and coordinate a date for BobbCat's response to both the Complaint and Amended Complaint.

Based upon the foregoing, the Parties respectfully request that the Court issue an Order extending the deadline for Defendant BobbCat to reply to Plaintiff's Complaint and Amended Complaint, through and including May 8, 2025.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted this 23rd day of April, 2025, by:

| | |
|---|---|
| */s/Natalie K. Howard*<br>Natalie K. Howard, Esq<br>GA Bar No. 889108<br>**The Law Office of Natalie K. Howard, LLC**<br>3675 Crestwood Parkway NW, Suite 400<br>Duluth, GA 30096<br>Phone: 678-252-2150<br>Fax: 678-252-2183<br>*nhoward@nkhlegal.com*<br>*Counsel for Plaintiff* | */s/ J. Bertram Levy*<br>J. Bertram Levy, Esq.<br>Georgia Bar #449609<br>Robin Gentry<br>Georgia Bar #289899<br>**COHAN & LEVY**<br>3340 Peachtree Road<br>Tower 100, Suite 2570<br>Atlanta, Georgia 30326<br>(404) 891-1770 (telephone)<br>(404) 891-5094 (facsimile)<br>blevy@cohanlevy.com<br>rgentry@cohanlevy.com<br>*Counsel for Defendant BobbCat Films LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01566-LMM |

### CERTIFICATE OF SERVICE

The foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT BOBBCAT FILMS, LLC TO MOVE OR OTHERWISE RESPOND TO COMPLAINT AND AMENDED COMPLAINT was filed using the Court's CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

Natalie K. Howard, Esq
nhoward@nkhlegal.com

This April 23, 2025

*/s/ J. Bertram Levy*
J. Bertram Levy, Esq.
Georgia Bar #449609

3