# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01566-LMM |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT BOBBCAT FILMS, LLC

Pursuant to Civil Local Rule 83.1(E)(4) of the United States District Court for the Northern District of Georgia, J. Bertram Levy and the law firm of Cohan & Levy give notice of their withdrawal as counsel for Defendant BobbCat Films, LLC. Defendant BobbCat Films, LLC will continue to be represented by:

Robin L. Gentry
Georgia Bar No. 289899
**Bekiares Eliezer, LLP**
2879 Peachtree Rd., N.E., #512
Atlanta, GA 30326
rgentry@founderslegal.com
Telephone: 404-301-8168

Respectfully submitted this 22nd day of May, 2025.

*/s/ J. Bertram Levy*
J. Bertram Levy, Esq.
Georgia Bar #449609
**COHAN & LEVY**
3340 Peachtree Road
Tower 100, Suite 2570
Atlanta, Georgia 30326
(404) 891-1770 (telephone)
(404) 891-5094 (facsimile)
blevy@cohanlevy.com

*Withdrawing Counsel for Defendant BobbCat Films LLC*

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT BOBBCAT FILMS, LLC was filed using the Court's CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

Natalie K. Howard, Esq
nhoward@nkhlegal.com

Robin Gentry
rgentry@founderslegal.com

This May 22, 2025

                                              */s/ J. Bertram Levy*
                                              J. Bertram Levy, Esq.
                                              Georgia Bar #449609