IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01566-LMM |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.1(D)(1) of the Civil Local Rules, Notice is hereby given of the entry of the undersigned as counsel for BOBBCAT FILMS, LLC.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure all further notice and copies of pleadings, papers and other material relevant to this action should include service to:

Zachary Eyster, Esq., Kennington Groff, Esq., and Melanie K. Lane, Esq.
Bekiares Eliezer, LLP
2870 Peachtree Rd. #512
Atlanta, Georgia 30305
zeyster@founderslegal.com, kgroff@founderslegal.com,
mlane@founderslegal.com

Respectfully submitted 22nd day of May, 2025.

/s/Melanie K. Lane
Zachary C. Eyster
GA Bar No.: 192335
Kennington R. Groff
GA Bar No.: 782901

Robin L. Gentry
GA Bar No.: 289899
Melanie K. Lane
GA Bar No.: 831941

BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305
Telephone: 404.537.3686
zeyster@founderslegal.com
kgroff@founderslegal.com
rgentry@founderslegal.com
mlane@founderslegal.com

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF APPEARANCE was filed using the Court's CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

Natalie K. Howard, Esq.
nhoward@nkhlegal.com

This May 22, 2025

                                                */s/* Melanie K. Lane
                                                Melanie K. Lane