IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX, <br><br> Plaintiff, <br><br> v. <br><br> BOBBCAT FILMS, LLC, OWN: OPRAH WINFREY NETWORK LLC, and SHANE JOHNSON AKA SHANE JOHNSON-BOBB, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:25-cv-01566-LMM |

## CONSENT MOTION FOR EXTENSION OF TIME

All Defendants have now answered Plaintiff's Amended Complaint. [*See* Dkts. 27, 31, 32.] The Parties conducted a Rule 26(f) conference on Friday, June 27, 2025. Pursuant to Rules 16 and 26, as well as applicable Local Rules, and to align the schedules for all Parties, the Parties hereby request that the Court extend the applicable deadlines by adopting the following schedule for all Parties' initial deadlines:

- Initial Disclosures: **July 18, 2025**; and

- Joint Preliminary Report and Discovery Plan: **July 18, 2025**.

Respectfully submitted this 1st day of July, 2025.

[*Signatures on following page.*]

/s/ *Natalie Kay Howard*
Natalie Kay Howard
Georgia Bar No. 889108
THE LAW OFFICE OF
NATALIE K. HOWARD LLC
3675 Crestwood Parkway NW
Suite 400
Duluth, Georgia 30096
(770) 906-6571
Fax: (678) 252-2183
nhoward@nkhlegal.com
*Attorney for Plaintiff Shemariah Deroux*

/s/ *Robin L. Gentry*
Robin L. Gentry
Georgia Bar No. 289899
Zachary C. Eyster
Georgia Bar No. 192335
Kennington R. Groff
Georgia Bar No. 782901
Melanie K. Lane
Georgia Bar No. 831941
BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta, Georgia 30305
(404) 537-3686
zeyster@founderslegal.com
kgroff@founderslegal.com
rgentry@founderslegal.com
mlane@founderslegal.com
*Attorneys for Defendants BobbCat Films, LLC and Shane Johnson aka Shane Johnson-Bobb*

/s/ *E. Allen Page*
Aaron J. Moss (*pro hac vice*)
Joshua M. Geller (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
(310) 312-2000
josh.geller@msk.com
adam.moss@msk.com

Ronan P. Doherty
Georgia Bar No. 224885
E. Allen Page
Georgia Bar No. 640163
Bondurant Mixson & Elmore LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100
Fax: (404) 881-4111
doherty@bmelaw.com
page@bmelaw.com

*Attorneys for Defendant OWN: Oprah Winfrey Network LLC*