# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>    Plaintiff,<br><br>v.<br><br>BOBBCAT FILMS, LLC, OWN: OPRAH WINFREY NETWORK LLC, and SHANE JOHNSON AKA SHANE JOHNSON-BOBB,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:25-cv-01566-LMM |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Shemariah Deroux and Defendants BobbCat Films, LLC, OWN: Oprah Winfrey Network LLC, and Shane Johnson a/k/a Shane Johnson-Bobb (collectively, the "Parties") have filed a Consent Motion to extend the deadlines for both Initial Disclosures and the Joint Preliminary Report and Discovery Plan through and including July 18, 2025.

Having reviewed said Motion, and for good cause shown, the Court finds that the Motion should be **GRANTED**. It is hereby **ORDERED** that the deadline for both Initial Disclosures and the Joint Preliminary Report and Discovery Plan is hereby extended through and including July 18, 2025.

**IT IS SO ORDERED** this __1st__ day of ____July_____, 2025.

                                              Leigh Martin May, Judge
                                              United States District Court

Prepared by:

_/s/ E. Allen Page_____
Ronan P. Doherty
Georgia Bar No. 224885
E. Allen Page
Georgia Bar No. 640163
Bondurant Mixson & Elmore LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100
Fax: (404) 881-4111
doherty@bmelaw.com
page@bmelaw.com
*Attorneys for Defendant OWN: Oprah Winfrey Network LLC*