IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEMARIAH DEROUX,<br><br>      Plaintiff,<br>v.<br><br>BOBBCAT FILMS, LLC, OWN: OPRAH WINFREY NETWORK LLC, and SHANE JOHNSON aka SHANE JOHNSON-BOBB,<br><br>      Defendants. | CASE NO. 1:25-CV-01566-LLM |

**DEFENDANT OWN: OPRAH WINFREY NETWORK LLC'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)**

Defendant OWN: Oprah Winfrey Network LLC ("OWN") hereby provides notice that it does not oppose Plaintiff's Motion to Dismiss Without Prejudice Pursuant to FRCP 41(a)(2), which Plaintiff filed on August 20, 2025 (Dkt. No. 42).

DATED: September 3, 2025

                                          Respectfully submitted,

                                          */s/ E. Allen Page*

                                          Ronan P. Doherty
                                          Georgia Bar No. 224885
                                          doherty@bmelaw.com
                                          E. Allen Page
                                          Georgia Bar No. 640163
                                          page@bmelaw.com
                                          BONDURANT, MIXSON & ELMORE, LLP
                                          3900 One Atlantic Center
                                          1201 West Peachtree Street, N. W.
                                          Atlanta, Georgia 30309
                                          Tel: (404) 881-4100

Of Counsel:
Aaron J. Moss (*pro hac vice*)
Joshua M. Geller (*pro hac vice*)
Constance C. Kang (*pro hac vice* application forthcoming)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Tel: (310) 312-2000
Fax: (310) 312-3100

*Attorneys for OWN: OPRAH WINFREY NETWORK LLC*